AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN** , **DISTRICT OF** **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Oscar Bladimir Barrientos-Lobo

United States District Court
Southern District Of Texas
FILED

APR 1 0 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19- 813 -M

IAE  YOB: 1983
Honduras
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 9, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Bladimir Barrientos-Lobo was encountered by Border Patrol Agents near Roma, Texas on April 9, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 8, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on February 24, 2010 through San Antonio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 30, 2009, the defendant was convicted of Being Found in the United States after previous deport and sentenced to time served and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved

Sworn to before me and subscribed in my presence,

April 10, 2019

Signature of Complainant
Mickel Gonzalez  Senior Patrol Agent

J. Scott Hacker , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer